■ ST. VINCENT'S MEDICAL CENTER OF RICHMOND, Petitioner, v STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents. — Order of the State Human Rights Appeal Board, dated October 2, 1981, confirmed and proceeding to

review the said order commenced by St. Vincent's Medical Center of Richmond dismissed, with costs to respondent Gross to be taxed by the County Clerk, Richmond County (see CPLR 8203, 8301). Cross application by the State Division of Human Rights for enforcement granted. No opinion. O'Connor, J. P., Bracken, Niehoff and Boyers, JJ., concur.